930

No. 458. STEFANELLI ET AL. v. MINARD ET AL. C. A. 3d Cir. Certiorari granted. *Anthony A. Calandra* for petitioners. *Charles Handler* and *Vincent J. Casale* for respondents.

No. 606. McMAHON v. UNITED STATES ET AL. C. A. 3d Cir. Certiorari granted. *Paul M. Goldstein* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge, Paul A. Sweeney, Leavenworth Colby, Herman Marcuse* and *Thomas E. Byrne, Jr.* for respondents.

No. 633. GEM MANUFACTURING Co. v. PACKARD MOTOR CAR Co. C. A. 7th Cir. Certiorari granted. *Charles B. Cannon* and *Geo. H. Wallace* for petitioner.

No. 642. UNITED STATES v. HAYMAN. C. A. 9th Cir. Certiorari granted. It is ordered that Paul A. Freund, Esquire, of Cambridge, Mass., a member of the Bar of this Court, be appointed to serve as counsel for the respondent in this case. *Solicitor General Perlman* for the United States. Respondent *pro se.*

No. 629. MASTRAPASQUA v. SHAUGHNESSY, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION. C. A. 2d Cir. Certiorari denied. *Jack Wasserman* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for respondent.